# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregoire M. Nleme, | Civ. No. 16-3246 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Ford Motor Co., | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated October 27, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. Plaintiff Gregoire M. Nleme's application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 15, 2016

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge